UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19-CR-68-LEW |
| ) | |
| MARK PIGNATELLO, ) | |
| ) | |
| Defendant ) | |

**ORDER ON DEFENDANT'S SECOND MOTION
FOR COMPASSIONATE RELEASE**

On June 17, 2020, I issued an order denying Mark Pignatello's motion for compassionate release after observing that, although he potentially was eligible for relief under 18 U.S.C. § 3582(c)(1)(A), release was not warranted at the time given the fact that Mr. Pignatello was not of advanced age, had not demonstrated a truly extraordinary and compelling medical need, and had not yet served the two-year mandatory minimum portion of his sentence.

On April 9, 2021, the Court received Mr. Pignatello's second motion for compassionate release. (Unsigned Pro Se Motion, ECF No. 51.) In his most recent filing, Mr. Pignatello reports that he has now served the mandatory portion of his sentence and he requests that I reconsider the appropriateness of compassionate release on that basis, and based on the fact that COVID-19 continues to impact federal prison populations. Mr. Pignatello also reports that since my consideration of his initial motion he has received two doses of a COVID-19 vaccine.

Given that Mr. Pignatello has received two doses of a COVID-19 vaccine, I find that the risk he will experience a serious disease process in the event of COVID-19 infection is substantially reduced, based on publicly available information provided by the United States Centers for Disease Control and Prevention.[1] When this fact is added to the multi-factor matrix of considerations found in 18 U.S.C. §§ 3582(c)(1)(A) and 3553(a), neither an extraordinary and compelling reason nor a reasonable basis remains to award Mr. Pignatello compassionate release. Furthermore, the award of compassionate release, despite vaccination, would undermine the important countervailing interests in promoting respect for the law, ensuring that a sentence provides adequate deterrence, and avoiding unwarranted sentencing disparities.

The Pro Se Motion for Compassionate Release (ECF No. 51) is DENIED.

**SO ORDERED.**

**Dated this 13th day of April, 2021.**

                                                   /s/ Lance E. Walker
                                         UNITED STATES DISTRICT JUDGE

---

[1] *When You've Been Fully Vaccinated*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html (last visited Apr. 13, 2021).